IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAIME LUEVANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:10-CV-335-O |
| UNITED STATES DISTRICT COURT | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The Court has reviewed the docket and found that Plaintiff has not tendered the $350 filing fee as of this date, substantially more than ten days after the Findings, Conclusions and Recommendation of the United States Magistrate Judge. According, the Court concludes and **ORDERS** that Plaintiff should be **DENIED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). The Court further concludes and **ORDERS** that this action should be **DISMISSED** pursuant to 28 U.S.C. § 1915(g).

SIGNED this 24th day of March, 2010.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

- 1 -